LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RENEE S. SCHOENFELD, AKA<br>RENEE S. STARR,<br><br>  Defendant | No. CV A 11- 9512<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Renee S. Schoenfeld, aka Renee S. Starr, in the principal amount of $5,349.27 plus interest accrued to October 6, 2011, in the sum of $8,738.04; with interest accruing thereafter at 7% annually until entry of judgment, for a total amount of $14,087.31.

DATED: 11/28/2011          By: _Terry Nafisi_
                               Clerk of the Court

                               _L. Mnd_
                               Deputy Clerk
                               United States District Court